UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| ROSA BRAVO | § § | |
| V. | § § | CIVIL ACTION NO. 7:19-cv-353 |
| MARMAXX OPERATING CORP. | § § § § | JURY DEMANDED |

## DEFENDANT'S NOTICE OF REMOVAL

TO THE HONORABLE UNITED STATES DISTRICT COURT:

Pursuant to 28 U.S.C. §§ 1441 and 1446, Defendant Marmaxx Operating Corp. ("Marmaxx") files its notice of removal of this civil action to the United States District Court for the Southern District of Texas, McAllen Division. In support of this Notice of Removal, Marmaxx respectfully shows as follows:

1. On August 30, 2019, Plaintiff Rosa Bravo Sapp filed her Original Petition in Cause No. C-3810-19-D; *Rosa Bravo v. Marmaxx Operating Corp.*, in the 206th Court of Hidalgo County, Texas, naming as the Defendant, Marmaxx Operating Corp. Defendant was served with the citation and petition on September 17, 2019. This notice of removal is therefore timely under 28 U.S.C. § 1446(b).

2. True and correct copies of all documents filed in the state court proceeding are attached hereto and incorporated herein by reference. Attached as Exhibit A to this Notice of Removal is an index of documents filed in the state court proceeding. Attached as Exhibit B is a list of all counsel of record.

3. Marmaxx would show that this case is removable under 28 U.S.C. § 1441, and the Court has jurisdiction over this matter, because this suit involves a controversy between citizens

of different states and the amount in controversy, exclusive of interests and costs, exceeds $75,000.00. *See* 28 U.S.C. §§ 1332 and 1441.

4. There is complete diversity between the parties. At the time of the filing of this action, and at the time of removal, Plaintiff was and is a citizen of the State of Texas. Marmaxx was and is a corporation incorporated under the laws of the State of Delaware, with its principal place of business in Framingham, Massachusetts. Marmaxx's headquarters is located at 770 Cochituate Rd., Framingham, Massachusetts 01701.

5. The matter or amount in controversy in this suit exceeds the sum of $75,000.00, exclusive of interest and costs. In her Original Petition, Plaintiff seeks damages of "over $100,000, but not more than $200,000." *See* paragraph 6(a) in Plaintiff's Original Petition, attached as item 2 to Exhibit A.

6. In her Original Petition, Plaintiff claims she suffered personal injuries as a result of Marmaxx's alleged negligence. Specifically, Plaintiff alleges that, as a result of the incident alleged in her Original Petition, she suffered severe bodily injuries. *See* paragraphs 9 and 18-19 in Plaintiff's Original Petition, item 2 to Exhibit A.

7. Plaintiff has asked for and alleged the following damages:

    (a) Reasonable medical care and expenses in the past;

    (b) Reasonable and necessary medical expenses in the future;

    (c) Physical pain and suffering in the past;

    (d) Mental anguish in the past;

    (e) Physical pain and suffering in the future;

    (f) Mental anguish in the future;

    (g) Physical impairment in the past;

  (h)  Physical impairment in the future;

  (f)  Loss of earnings in the past;

*See* paragraph 19 in Plaintiff's Original Petition, "Damages;" item 2 to Exhibit A.

  8.  This Notice of Removal will be provided to Plaintiff by service of a copy upon her counsel of record, in accordance with 28 U.S.C. §1446(d). Further, a copy of this Notice of Removal will be filed with the District Clerk of Hidalgo County, in accordance with 28 U.S.C. §1446(d).

  9.  Therefore, Defendant Marmaxx Operating Corp. prays that this cause be removed from the 206th District Court of Hidalgo County, Texas, to this Court, and for all other relief to which Defendant may be entitled.

            Respectfully submitted,

            HARTLINE BARGER LLP

            ***/s/ Marshall G. Rosenberg***
            Marshall G. Rosenberg
            mrosenberg@hartlinebarger.com
            State Bar No. 12771450
            Kevin B. Tompkins
            ktompkins@hartlinebarger.com
            State Bar No. 20125690
            James P. McInerny
            jmcinerny@hartlinebarger.com
            State Bar No. 13678700
            1980 Post Oak Blvd., Suite 1800
            Houston, Texas 77056
            Telephone: 713-759-1990
            Facsimile: 713-652-2419

            Atttorneys for Defendant
            Marmaxx Operating Corp.

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing instrument was served upon the parties listed below by the method(s) indicated on October 9, 2019.

Rodolfo Canché Jr.
Canche Law
135 Paseo Del Prado, Ste. 23
Edinburg, Texas 78539
*Via Eservice and/or email:* rudycanche@canchelaw.com

                                      */s/ Marshall G. Rosenberg*
                                      Marshall G. Rosenberg